WILLIAM B. GUTHRIE                                                            TELEPHONE
U.S. COURT CLERK                                                              (918) 684-7920

United States District Court
Eastern District of Oklahoma
P.O. Box 607
Muskogee, Oklahoma 74402

December 13, 2011

Mr. Newton J. Jones
Stewart Dugger & Dean
1701 North Market Street, Suite 200, L.B. 42
Dallas, Texas 75202

       Re:    Judy A. Miller, D.O. vs. Hospital Care Consultants, Inc., et al.,
              Case No. CIV-10-471-RAW, United States District Court for the
              Eastern District of Oklahoma

Dear Mr. Jones:

    At the direction of the Court, I am returning to you the records you submitted for the Court's *in camera* review pursuant to an order entered on September 29, 2011.

    If you have any questions, please feel free to contact this office.

                                              Sincerely,

                                             WILLIAM B. GUTHRIE, Clerk

                                             By:    s/L. Wilson
                                                        Deputy Clerk

WBG/law
Enclosures